**Order entered December 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01375-CV

**ROGER K. PARSONS, INDIVIDUALLY AND AS INDEPENDENT ADMINISTRATOR FOR THE ESTATE OF ESTHER ANN KARTSOTIS PARSONS, Appellant**

**V.**

**MICHAEL KEVIN QUEENAN AND THE QUEENAN LAW FIRM, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-00971**

## ORDER

Before the Court is appellant's motion for extension of time to file his notice of appeal.

Having reviewed the motion, appellee's response and appellant's reply, we **GRANT** the motion

and **ORDER** that appellant's notice of appeal shall be treated as timely filed.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE